UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| STEWARD HEALTH CARE SYSTEM, LLC,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendants-Appellees. | Case No. 23-1180 |

**CORPORATE DISCLOSURE STATEMENT OF
<u>PLAINTIFF STEWARD HEALTHCARE SYSTEM LLC</u>**

Pursuant to Rule 26.1 of the Local Rules for the First Circuit Court of Appeals, Steward Healthcare System LLC discloses that it is a Limited Liability Company organized under the laws of the State of Delaware. Steward Healthcare System has no parent corporation and there is no publicly held corporation that owns more than 10% of the company

        Respectfully submitted,

        STEWARD HEALTH CARE SYSTEM LLC,

        By its attorneys:

        */s/ David H. Rich*
        Howard M. Cooper (First Circuit Bar No. 42972)
        hcooper@toddweld.com
        David H. Rich (First Circuit Bar No. 68781)
        drich@toddweld.com
        Matthew S. Furman (First Circuit Bar No. 1170290)
        mfurman@toddweld.com
        TODD & WELD LLP
        One Federal Street, 27th Floor
        Boston, MA 02110
        (617) 720-2626

Dated: March 7, 2023

## CERTIFICATE OF SERVICE

    I, David H. Rich, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by mail and/or email on March 7, 2023 at the addresses listed below.

| | |
|---|---|
| Jonathan D. Mutch, Esq.<br>Timothy Wenger, Esq.<br>Robins Kaplan LLP<br>800 Boylston Street, Suite 2500<br>Boston, MA 02199<br>jmutch@robinskaplan.com<br>twenger@robinskaplan.com | Patrick F. Hofer<br>Clyde & Co US LLP<br>1775 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Patrick.hofer@clydeco.us |

        */s/ David H. Rich*
        David H. Rich